# United States Bankruptcy Court
## Western District of New York

In re __Shemeka D Brown__  
Debtor(s)

Case No. __2-17-20983__  
Chapter __13__

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, a copy of **Chapter 13 Plan and Notice of Hearing on Confirmation of Chapter 13 Plan** was served by regular United States mail to all interested parties, the Trustee and all creditors listed below.

```
United States Trustee
100 State Street
Room 6090
Rochester, NY 14614


Hon. Paul R. Warren
100 State Street
Rochester, NY 14614

George Reiber, Esq.
3136 S. Winton Rd, Suite 206
Rochester, NY 14623

Shemeka Brown
91 Weeger St
Rochester, NY 14605

American Tax Funding, LLC
801 Maplewood Drive
Suite 4
Jupiter, FL 33458


Boylan Code, LLP
Attention:  Mark A. Costello
145 Culver Road
Suite 100
Rochester, NY 14620


City Treasurer
30 Church Street
Room 100A
Rochester, NY 14614
```

City Treasurer
30 Church Street
Room 100A
Water Payment
Rochester, NY 14614


Clearwater Credit Comp
Po Box 378
West Henrietta, NY 14586


Conserve
200 Cross keys Office park
Fairport, NY 14450


Credit Acceptance Corp.
25505 W 12 Mile Rd.
Southfield, MI 48034


Credit Collection Services
PO Box 607
Norwood, MA 02062


Dept Of Ed/582/nelnet
Attn: Claims/Bankruptcy
Po Box 82505
Lincoln, NE 68501


Enchanced Recovery Company
PO Box 57547
Jacksonville, FL 32241


Forster & Garbus
PO Box 9030
Farmingdale, NY 11735


Frontier Communication
19 John St
Middletown, NY 10940


Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jefferson Capital LLC
16 McLeland Rd
Saint Cloud, MN 56303


Lacy Katzen LLP
130 East Main Street
2nd Floor
Rochester, NY 14604


Mercantile Adjustment Bureau
165 Lawrence Bell Drive
Suite 100
Buffalo, NY 14221


Monroe Community College
1000 E. Henrietta Road
Rochester, NY 14623


Monroe County Treasury
39 West Main Street, Room B-2
Rochester, NY 14614-1467


Nationwide Insurance
Naitonwide Headquaters
One Nationwide Plaza
Columbus, OH 43215-2220


NCO Portfolio Management
APO Rent-A-Center
1804 Washington BL 500
Baltimore, MD 21230


Progressive Insurance
PO Box 94618
Cleveland, OH 44101-4618


Propel Financial Services
7990 IH-10 West, Ste 200
San Antonio, TX 78230

Rochester Gas & Electric Corp.
89 East Avenue
Rochester, NY 14649


Rochester Gas and Electric Corp
89 East Main Street
Rochester, NY 14649


Rochester Regional Health
100 Kings Highway South
Rochester, NY 14617


Security Credit Services
2653 West Oxford Loop #108
Oxford, MS 38655


Solomon & Solomon
5 Columbia Circle
Albany, NY 12203-5156


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Stephen Einstein & Associates, PC
 39 Broadway, Suite 1250
New York, NY 10006


Tempoe LLC
1750 Elm Street #1200
Manchester, NH 03104


U of R Medical Facility Group/OP
c/o EOS CCA
300 Canal View Boulevard
Suite 130
Rochester, NY 14623


US Bank Cust For Tower DBW II
PO Box 645040
Cincinnati, OH 45264-5040


VERIZON
AU: Bankruptcy Specialist
6360 Thompson Road
POB 6360, Flr.1
Syracuse, NY 13206

*Brendan M. Boehner*, Legal Assistant
**Brendan M. Boehner, Legal Assistant**
**Legal Aid Society**
**1 West Main Street**
**Suite 800**
**Rochester, NY 14614**
**(585) 232-4090 Fax:(585) 232-2352**