## TRUSTEE'S CONFIRMATION REPORT –3/27/17

**DEBTOR:** Peng E. Hun  **CASE NO. 17-20038-PRW**
**ATTORNEY:** Justin Alexander, Esq.  **ATTORNEY FEES:** $2,800
Additional Attorney Fees: $

I. **TRUSTEE RECOMMENDATION:** __X__ Plan Recommended  ____ Plan Not Recommended

II. **PLAN FILED DATE:** 3/13/17 (ECF BK No. 21)

A. **PAYMENTS:** $ 763.05 per monthly voluntarily; plus $2,000 per year for two years starting May, 2017.

B. **REPAYMENT:**
To secured creditors $32,684 with interest $ 41,848
To priority creditors $1,400
To unsecured creditors $1,557 est. 37 %
General unsecured debt $4,180
Duration of Plan 5 years
Total Scheduled Debt $34,996 incl. mortgages

C. **FEASIBILITY:**
Monthly Income $1,970.35 (net) $ 2,468.61 (gross)
Less Estimated Expenses $1,203.12
Excess for Wage Plan $767.23

D. **OBJECTIONS to Confirmation:** None.

E. Other comments:
☐ risk factor 3 because of prior bankruptcies
☐ need judgments removed   ☐ need mortgages eliminated
☐ need appraisals of real estate and personal property   ☐ need motions to value collateral
☐ need certification of post petition DSO payments.   ☐ need proof of surrender efforts
☐ other:

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:** [Interest rate unless otherwise stated: %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| ATF | $10,615.65 | R/P Taxes | Yes | Full + 0% | $176.93 |
| ATF | $2,908.29 | R/P Taxes | Yes | Full + 12% | $64.69 |
| ATF | $4,809.81 | R/P Taxes | Yes | Full + 18% | $122.14 |
| City of Rochester | $9,079.31 | R/P Taxes | Yes | Full + 12% | $201.96 |
| City of Rochester | $664.71 | H20 Lien | Yes | Full + 12% | $14.79 |
| Propel Fin. | $2,805.31 | R/P Taxes | Yes | Full + 18% | $71.23 |
| Monroe Co. Treas. | $1,801.15 | R/P Taxes | Yes | Full + 18% | $45.73 |

IV. **SPECIAL PLAN PROVISIONS:**

    A.     CLASSIFICATION of unsecured creditors: *Not applicable*
                **Class 1:**     %   $
                **Class 2:**     %   $
                **Class 3**     %   $

    B.     Rejection of executory contracts:

    C.     Other Plan Provisions:


V. **BEST INTEREST TEST:**
    A.     All assets were listed.
    B.     Total market value of assets:     $ 47,487
                Less valid liens     $ 29,416
                Less exempt property     $ 18,071
                (Available for judgment liens )
                Subtotal     $ 0
                Less est. Chapter 7 fees     $ 0
    C.     Total available in liquidation     $ 0
    D.     Best interests including present value     $ 0
                Less priority claims     $ 1,400
                (Support $     )
    E.     Amount due to unsecured     $ 0
    F.     Amount to be distributed to unsecured creditors     $ 1,557
    G.     Nature of major non-exempt assets:


VI. **OTHER:**
    A.     Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B.     Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C.     (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D.     Debtor requests no wage order because: \_\_\_\_\_ disability or retirement, \_\_\_\_\_ self employed, \_\_\_\_\_ risk of job loss, \_\_\_\_\_ other
    E.     Converted from Chapter 7 because: Non Applicable.


                      /S/_____
                      GEORGE M. REIBER, TRUSTEE

- 2 -
Case 2-17-20038-PRW    Doc 26    Filed 03/28/17    Entered 03/28/17 15:12:29    Desc Main
Document    Page 2 of 2